Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Justin M. Gomes (SBN 301793)
jgomes@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California  90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STE 212, INC., a New York Corporation, individually and d/b/a, YUMI KIM, <br><br> Plaintiff, <br><br> v. <br><br> OASAP.COM, a Delaware business entity of unknown form; and DOES 1 through 10, <br><br> Defendants. | Case No.: <br><br> PLAINTIFF'S COMPLAINT FOR: <br><br> 1. COPYRIGHT INFRINGEMENT; <br><br> 2. VICARIOUS AND/OR CONTRIBUTORY COPYRIGHT INFRINGEMENT <br><br> Jury Trial Demanded |

Plaintiff STE 212, INC., individually and d/b/a, YUMI KIM (collectively "YUMI KIM" or "PLAINTIFF"), by and through its undersigned attorneys, hereby prays to this honorable Court for relief as follows:

- 1 -

COMPLAINT

**JURISDICTION AND VENUE**

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq.*

2. This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b).

3. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

**PARTIES**

4. Plaintiff is a corporation organized and existing under the laws of the state of New York and is doing business in and with the state of California and in Los Angeles County.

5. Plaintiff is informed and believes and thereon alleges that OASAP.COM ("OASAP"), is a business entity of unknown form organized and existing under the laws of the state of Delaware, and is doing business in and with the state of California.

6. Defendants DOES 1 through 10, inclusive, are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants 1 through 10, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

7. Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was

at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and every violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## CLAIMS RELATED TO PLAINTIFF'S DESIGNS

8.   Prior to the conduct complained of herein, Plaintiff composed several original two-dimensional artworks for purposes of textile printing (the "Subject Designs"), which are set forth hereinbelow. These designs were creations of Plaintiff and/or Plaintiff's design team, and are, and at all relevant times were, owned exclusively by Plaintiff.

9.  Plaintiff applied for United States Copyright Registrations for each of the Subject Designs.

10. Prior to the acts complained of herein, Plaintiff sampled and sold garments bearing Subject Designs to numerous parties in the fashion and apparel industries.

11. Plaintiff is informed and believes and thereon alleges that, following this distribution of garments bearing Subject Designs, OASAP and certain DOE Defendants created, sold, manufactured, caused to be manufactured, imported and/or distributed fabric and/or garments comprised of fabric bearing unauthorized reproductions of Subject Designs ("Subject Product"). Such Subject Product includes but is not limited to OASAP garments sold under, inter alia, SKUs or Style Nos. OP56445, OP57716, OP57815, OP57826, OP57818, OP57209, OP55550, OP58509, OP58395, OP58571, OP58375. Such Subject Product was offered for sale online by OASAP. See below for a comparison of exemplars of such Subject Product and the Subject Designs:

COMPLAINT

| Subject Designs | Subject Product |
|---|---|



- 4 -

COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28





& Rompers  > Impressive Floral Print Belted Rompers

**Impressive Flo**
Product Code: OP5

**$23.00**

Please subscrib
available.

Email Address

Pretty Burgundy
Rompers
$22.90

278 Likes

- 5 -

COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



al Print Surplice Front Mini Dress

**Floral Print Sur**
Product Code: OP57
**$22.00**
Get it for only **$18.70**
Be The First to Write

Color
Size        XS
Quantity     1

**ADD TO B**

Add To Wishlist

| Size & Fit |

INCH:
XS:Shoulder:16½
S: Shoulder:16½
M: Shoulder:17,L

CM:
XS:Shoulder:41,L

- 8 -

COMPLAINT

COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Home > Dresses > Day > Wishful Floral Plaid Print Mini Backless Dress

COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



Home > Clothing > Jumpsuits & Rompers > Wishful Floral Print Short Sleeve V Nec



COMPLAINT





12. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed copyright infringement with actual or constructive knowledge of Plaintiff's rights and/or in blatant disregard for Plaintiff's rights, such that said acts of copyright infringement were, and continue to be, willful, intentional

COMPLAINT

1   and malicious, subjecting Defendants, and each of them, to liability for statutory

2   damages under Section 504(c)(2) of the Copyright Act in the sum of up to one

3   hundred fifty thousand dollars ($150,000) per infringement.

4       13. A comparison of the Subject Designs and each non-exclusive exemplar of

5   Subject Product makes apparent that the elements, composition, arrangement, layout,

6   and appearance of the designs are substantially similar.

7                        **FIRST CLAIM FOR RELIEF**

8           (For Copyright Infringement – Against All Defendants, and Each)

9       14.Plaintiff repeats, realleges, and incorporates herein by reference as though

10  fully set forth, the allegations contained in the preceding paragraphs of this

11  Complaint.

12      15. Plaintiff is informed and believes and thereon alleges that Defendants, and

13  each of them, had access to Subject Designs, including, without limitation, through

14  (a) access to Plaintiff's showroom and/or design library; (b) access to illegally

15  distributed copies of the Subject Designs by third-party vendors and/or DOE

16  Defendants, including without limitation international and/or overseas converters

17  and printing mills; (c) access to Plaintiff's strike-offs and samples, and (d) garments

18  manufactured and sold to the public bearing fabric lawfully printed with the Subject

19  Design by Plaintiff for its customers.

20      16. Plaintiff is informed and believes and thereon alleges that one or more of

21  the Defendants manufactures garments and/or is a garment vendor. Plaintiff is

22  further informed and believes and thereon alleges that said Defendant(s) has an

23  ongoing business relationship with Defendant retailers, and each of them, and

24  supplied garments to said retailer, which garments infringed the Subject Designs in

25  that said garments were composed of fabric which featured unauthorized print

26  design(s) that were identical or substantially similar to the Subject Designs, or were

27  an illegal derivation or modification thereof.

28

17. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, infringed Plaintiff's copyrights by creating, making, and/or developing directly infringing and/or derivative works from the Subject Designs and by producing, distributing and/or selling garments which infringe the Subject Designs through a nationwide network of retail stores, catalogues, and through on-line websites.

18. Due to Defendants' acts of infringement, Plaintiff has suffered substantial damages to its business in an amount to be established at trial.

19. Due to Defendants' acts of infringement, Plaintiff has suffered general and special damages in an amount to be established at trial.

20. Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of the Subject Designs. As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of the Subject Designs in an amount to be established at trial.

21. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000) per infringement.  Within the time permitted by law, Plaintiff will make its election between actual damages and statutory damages.

COMPLAINT

**SECOND CLAIM FOR RELIEF**

(For Vicarious and/or Contributory Copyright Infringement - Against All
Defendants)

22. Plaintiff repeats, realleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs of this Complaint.

23. Plaintiff is informed and believes and thereon alleges that Defendants knowingly induced, participated in, aided and abetted in and profited from the illegal reproduction and/or subsequent sales of garments featuring the Subject Designs as alleged herein.

24. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, are vicariously liable for the infringement alleged herein because they had the right and ability to supervise the infringing conduct and because they had a direct financial interest in the infringing conduct.

25. By reason of the Defendants', and each of their, acts of contributory and vicarious infringement as alleged above, Plaintiff has suffered and will continue to suffer substantial damages to its business in an amount to be established at trial, as well as additional general and special damages in an amount to be established at trial.

26. Due to Defendants', and each of their, acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of the Subject Designs. As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of the Subject Designs, in an amount to be established at trial.

27. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed acts of copyright infringement, as alleged above,

which were willful, intentional and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000) per infringement. Within the time permitted by law, Plaintiff will make its election between actual damages and statutory damages.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

### **Against All Defendants**

28. <u>With Respect to Each Claim for Relief</u>

    a. That Defendants, each of them, and their agents and employees be enjoined from infringing Plaintiff's copyrights in any manner, specifically those for the Subject Design;

    b. That Defendants, and each of them, account to Plaintiff for their profits and any damages sustained by Plaintiff arising from the foregoing acts of infringement, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

    c. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act U.S.C. § 101 et seq.;

    d. That Plaintiff be awarded pre-judgment interest as allowed by law;

    e. That Plaintiff be awarded the costs of this action; and

    f. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

///

1    A <u>TRIAL BY JURY</u> PURSUANT TO FED. R. CIV. P. 38 AND

2  CONSTITUTIONAL AMENDMENT SEVEN IS HEREBY DEMANDED.

3                                     Respectfully submitted,

4

5  Dated: January 27, 2016          By:   <u>/s/ *Scott A. Burroughs*</u>
                                           Scott A. Burroughs, Esq.
6                                          Trevor W. Barrett, Esq.
                                           Justin M. Gomes, Esq.
7                                          DONIGER / BURROUGHS
8                                          Attorneys for Plaintiff

COMPLAINT